

# From the Research Defense Society of the UK

## March 6th, 2001

The following tactics have been used by animal rights extremists campaigning against HLS and similar companies in the last three years. Repeated use of several tactics against one individual is not unusual.

1. Demonstrations at your home or place of work, including verbal abuse using a loudhailer
2. Abusive graffiti, posters and stickers on your house, car and around the area you live
3. Invading offices, damaging property and stealing documents
4. Chaining gates shut or blocking gates with old cars to trap staff on site
5. Physical assaults on yourself and your partner, including spraying cleaning fluid into your eyes
6. Smashing all the windows in your home when your family is at home
7. Flooding your home with a hose attached to an outside tap and pushed through letterbox or window, while you are away from home.
8. Vandalising your car (gluing the locks, slashing tyres, pouring paint over it)
9. Sledgehammer attack on your car – while you are still inside it
10. Firebombing your car in your drive, firebombing sheds and garages
11. Bomb hoaxes requiring evacuation of premises
12. Threatening telephone calls and letters (threats to kill or injure you, your partner and children)
13. Abusive telephone calls to your home, at all hours of the day and night, and to your neighbours, relatives, and friends
14. Abusive letters and cards to your home, and posted through the letterboxes of every house in your neighbourhood
15. Email 'bombs' to attempt to crash your computer system
16. Ordering goods and services in your name and address (eg mail-order goods, deliveries of gravel, rubbish skips, car-towing, etc)
17. Placing hoax free ads for (non-existent) cheap goods using your name and number, so you get numerous calls from would-be buyers
18. Telephone blockades: repeat dialling preventing you from using your telephone
19. Arranging for the undertaker to call to collect your body

*Editors' Note: Now don't get any funny ideas, folks.*

G12400



Back to SHAC USA's Index

# From the Research Defense Society of the UK

### March 6th, 2001

The following tactics have been used by animal rights extremists campaigning against HLS and similar companies in the last three years. Repeated use of several tactics against one individual is not unusual.

1. Demonstrations at your home or place of work, including verbal abuse using a loudhailer
2. Abusive graffiti, posters and stickers on your house, car and around the area you live
3. Invading offices, damaging property and stealing documents
4. Chaining gates shut or blocking gates with old cars to trap staff on site
5. Physical assaults on yourself and your partner, including spraying cleaning fluid into your eyes
6. Smashing all the windows in your home when your family is at home
7. Flooding your home with a hose attached to an outside tap and pushed through letterbox or window, while you are away from home.
8. Vandalising your car (gluing the locks, slashing tyres, pouring paint over it)
9. Sledgehammer attack on your car - while you are still inside it
10. Firebombing your car in your drive, firebombing sheds and garages
11. Bomb hoaxes requiring evacuation of premises
12. Threatening telephone calls and letters (threats to kill or injure you, your partner and children)
13. Abusive telephone calls to your home, at all hours of the day and night, and to your neighbours, relatives, and friends
14. Abusive letters and cards to your home, and posted through the letterboxes of every house in your neighbourhood
15. Email 'bombs' to attempt to crash your computer system
16. Ordering goods and services in your name and address (eg mail-order goods, deliveries of gravel, rubbish skips, car-towing, etc)
17. Placing hoax free ads for (non-existent) cheap goods using your name and number, so you get numerous calls from would-be buyers
18. Telephone blockades: repeat dialling preventing you from using your telephone
19. Arranging for the undertaker to call to collect your body

*Editors' Note: Now don't get any funny ideas, folks.*

Back to SHAC USA's Index                                                         Back to Top

G12107







In February of 2001, the Research Defense Society, an UK organization "representing medical researchers in the public debate about the use of animals in medical research and testing" released a list of sucessful "terror tactics" used by activists against HLS.

The list caused such a stir that HLS and Stephens Inc. lawyers attempted to shut down our website due to our reprinting of a pro-animal research news update.

Go figure - THEIR side produced the information - we're just helping spread THEIR propaghanda!

Now don't go getting any funny ideas!

*(Ed note - SHAC does not organize, fund or take part in any illegal activity, however we do support any action that does not harm any animal, human or non human, to further the campaign to shut down HLS.)*

"Top 20 terror tactics

The following tactics have been used by animal rights extremists campaigning against HLS and similar companies in the last three years. Repeated use of several tactics against one individual is not unusual.

- Demonstrations at your home or place of work, including verbal abuse using a loudhailer

- Abusive graffiti, posters and stickers on your house, car and around the area you live

- Invading offices, damaging property and stealing documents

- Chaining gates shut or blocking gates with old cars to trap staff on site

- Physical assaults on yourself and your partner, including spraying cleaning fluid into your eyes

- Smashing all the windows in your home when your family is at home

- Flooding your home with a hose attached to an





PLAINTIFF'S EXHIBIT A-3

G09634

- [Flooding your home with a hose attached to an] outside tap and pushed through letterbox or window, while you are away from home

- Vandalising your car (gluing the locks, slashing tyres, pouring paint over it, etc)

- Sledgehammer attack on your car - while you are still inside it

- Firebombing your car in your drive, firebombing sheds and garages

- Bomb hoaxes requiring evacuation of premises

- Threatening telephone calls and letters (threats to kill or injure you, your partner and children)

- Abusive telephone calls to your home, at all hours of the day and night, and to your neighbours, relatives, and friends

- Abusive letters and cards to your home, and posted through the letterboxes of every house in your neighbourhood

- Email 'bombs' to attempt to crash your computer system

- Ordering goods and services in your name and address (eg mail-order goods, deliveries of gravel, rubbish skips, car-towing, etc)

- Placing hoax free ads for (non-existent) cheap goods using your name and number, so you get numerous calls from would-be buyers

- Sending continuous black paper to your fax, causing it to burn out

- Telephone blockades: repeat dialling preventing you from using your telephone

- Arranging for the undertaker to call to collect your body "

G09635