UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper |
| v. | : | |
| STOP | | |
| HUNTINGDON ANIMAL | : | |
| CRUELTY USA, INC., | | |
| KEVIN KJONAAS, a/k/a | : | Criminal No. 04-373 (MLC) |
| "Kevin Jonas," a/k/a "Steve | | |
| Shore," a/k/a "Jim Fareer," | : | |
| LAUREN GAZZOLA, | | |
| a/k/a "Angela Jackson," a/k/a | : | |
| "Danielle Matthews," | | |
| JACOB CONROY, | : | |
| JOSHUA HARPER, | | |
| ANDREW STEPANIAN, | : | |
| DARIUS FULLMER, and | | |
| JOHN MCGEE | : | O R D E R |

This matter having been opened to the Court on the joint
application of Christopher J. Christie, United States Attorney
for the District of New Jersey (Charles B. McKenna, Assistant
U.S. Attorney, appearing), and defendants and Kevin Kjonaas
(Isabel McGinty, Esq., appearing), Lauren Gazzola (Michael
Armstrong, Esq., appearing), Jacob Conroy (Hal K. Haveson, Esq.
appearing), Joshua Harper (James R. Murphy, Esq., appearing),
Andrew Stepanian (Jerome L. Ballarotto, Esq., appearing), Darius
Fullmer (Robert A. Obler, Esq., appearing), and John McGhee
(Joshua L. Markowitz, Esq., appearing) and defendant Stop
Huntingdon Animal Cruelty USA, Inc., having yet to make a formal
appearance by counsel, and good cause having been shown, the
Court makes the following findings:

1.   This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2.   The discovery in this matter has been represented to be extensive and includes hundreds of tape recorded conversations obtained from Court authorized Title III interceptions and failure to grant a continuance would deny counsel for defendants reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

3.   The ends of justice served by a continuance of the trial date in this matter until   1·5·05   outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this   25th   day of June, 2004,

ORDERED that the trial date in this matter is continued until   January 5, 2005  , and that the period of time from June 17, 2004 through   January 5, 2005   shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (h)(8)(B)(ii), and (h)(8)(B)(iv); and it is further

ORDERED that:

1.   The United States and the defendants and their attorneys shall meet and confer to resolve any discovery issues prior to the filing of motions in this case and the United States shall permit the defendants to photograph or copy, or shall

furnish a photograph or copy of all of the material set out in this Court's Order for Discovery and Inspection in this matter dated June 15, 2004;

   2. Defendants shall file pretrial motions on or before September 17, 2004;

   2. The government shall respond to such motions on or before October 15, 2004;

   3. Defendants shall file any reply papers on or before October 22, 2004;

   4. The return date for pretrial motions shall be _Oct. 28, 2004_ at 10:00 A.A.; and

   5. Trial shall commence on _Jan. 5, 2005_, at 9:00 a.m.

_Mary L. Cooper_
HON. MARY L. COOPER
United States District Judge