

The Star-Ledger

# Animal rights activists' trial veers from norm

## Police gear up for protests and celebrities

Thursday, June 02, 2005

**BY JOHN P. MARTIN**
**Star-Ledger Staff**

Prospective jurors in the prosecution of six animal rights activists arrived at the federal courthouse in Trenton yesterday and soon discovered this might not be a typical trial.

Armed federal police patrolled the courthouse perimeter as demonstrators wielding bullhorns and placards staged a sidewalk rally. Courtroom spectators had to pass through two metal detectors. And the potential witness list ranged from animal rights leaders in Great Britain to actress Kim Basinger and talk-show host Sean Hannity.

By the end of the first day of jury selection, all but 26 of the first 125 prospective jurors were disqualified because of scheduling or other conflicts. U.S. District Judge Mary Cooper asked the rest to return on Monday, and she told them to remove their juror badges before leaving the building.

Opening arguments could begin next week against the six activists and the U.S. chapter of Stop Huntingdon Animal Cruelty, or SHAC. For six years, the group has been trying to close Huntingdon Life Sciences, a British firm with a New Jersey lab that tests drugs and chemicals on thousands of rats, dogs and monkeys each year.

Prosecutors contend the defendants, often using the Internet, conspired to threaten and terrorize employees, clients and associates of the lab testing company by encouraging vandalism or harassment against them.

The defendants, 20-something activists from four different states arrested by the FBI last year, argue they are not responsible for acts by others and that the indictment violates their right to free speech.

Each was charged under the strengthened Animal Enterprise Terrorism Act, a rarely used statute, and the case is being monitored by activists and the companies and industries they often target.

Former SHAC USA President Kevin Kjonaas, Lauren Gazzola and Jacob Conroy, all of Pinole, Calif., were named in all six counts of the indictment. The others are Darius Fullmer of Hamilton, N.J., Joshua Harper of Seattle and Andrew Stepanian of Huntington, N.Y. A seventh defendant, John McGee of Edison, was dropped from the case.

The judge agreed last month to seal jurors' names from the public record, pointing to the allegations of harassment. But Cooper stopped short of limiting or banning courthouse demonstrations, which prosecutors argued could be used to intimidate jurors.

About three dozen demonstrators lined sidewalk barricades for several hours yesterday, occasionally breaking into chants and holding signs or photos depicting mutilated animals.

A spokeswoman for the group, Andrea Lindsay, said they came to support the defendants and to express their First Amendment rights. "It seems that they've been taken away from (the defendants)," she said.

B 1

Mike Caufield, Huntingdon Life Sciences general manager, issued a statement calling the defendants "a small group of individuals with an extremist point of view" and expressing confidence they will be convicted.

"This case is about whether researchers, who spend their careers working to save lives, should have to fear for their own," he said.

Dozens of witnesses are expected to be called during the trial, which the judge said will last until mid-August.

Neither prosecutors nor the defense attorneys revealed much of their case to the jury pool yesterday. But their lists of potential witnesses and people whose names might emerge in testimony, read aloud in court, suggests the case is likely to extend beyond the activities of the defendants.

Executive Assistant U.S. Attorney Charles McKenna told jurors the prosecution could include testimony from or references to Greg Avery, who founded SHAC in 1999 in Great Britain, and to Brian Cass, the Huntingdon managing director who was beaten outside his home in England.

McKenna also mentioned Daniel San Diego, a California man sought in connection with two pipe bombs that exploded in 2003 outside the offices of Chiron, a biotech company in Emeryville, Calif., that once did business with Huntingdon.

Isabel McGinty, the defense attorney for Kjonaas, said the defense witness list includes Basinger, who once joined a protest outside Huntingdon's Franklin Township laboratory; Hannity, who once interviewed one of the defendants; Avery and his wife Natasha, and two prominent activists, California surgeon Jerry Vlasak and Texas professor Steven Best, who have advocated for more aggressive actions by animal rights supporters.

McGinty, who lost two bids to delay the trial, declined to say if the defense would call each to testify. She said they were "potential witnesses."

Jury selection resumes this morning.

*John P. Martin covers federal courts and law enforcement. He may be reached at jmartin@starledger.com or (973) 622-3405.*

© 2005 The Star Ledger

© 2005 NJ.com All Rights Reserved.





Subscribe:

June 2, 2005

News
Main
Local
Hunterdon
Special Reports
State
Editorials
Letters to the Editor
Obituaries
Weather
Business
Stock Market
Sports
Professional
Collegiate
Scholastic
Rutgers
Patriots
Golf
Photos
Photo Gallery
Picture Stories
Today's Front Page
Past Week's News
Archive
Special Sections
Classifieds
Jobs
Cars
Real Estate
Apartments
Relationships
Merchandise
Services
Legals
Place An Ad
Life & Leisure
Entertainment
Calendar of Events
Your Life
Health
On The Run
Bridal
Wedding Form
Engagement Form
Courier Kids
Technology
Senior Scoop
Shopping
Coupons
Our Towns
Central Jersey Living
Movie Times
Information
Customer Service
New to the area?

# Trial of animal rights activists begins

## Seven charged with conspiracy to terrorize animal test lab.

By TOM BALDWIN
Gannett State Bureau

Advertisement

Advertisement

TRENTON -- Animal rights and free-speech protesters gathered outside the federal courthouse Wednesday, at the start of a trial for seven people accused in a rarely prosecuted case of domestic terrorism.

"Most of us are trying to make a difference," said Steve Heuler, a financial industry executive from Hackettstown.

"Our rights are under attack with this indictment," said Debra Baker, who rode a bus 10 hours from Syracuse, N.Y., to join the protest.

The U.S. Department of Justice has charged seven people with conspiring to commit animal-enterprise terrorism aimed at Huntingdon Life Sciences, a British company that performs testing on animals for medical research at a lab in Franklin Township, Somerset County.

Authorities have said the seven went beyond merely demonstrating. They said the defendants are part of a group that committed criminal activity by threatening violence and encouraging vandalism against the company, its employees and clients.

"This case is about whether researchers, who spend their careers working to save lives, should have to fear for their own," Huntingdon spokesman Mike Caulfield said. "It's about whether the defendants in this case -- a small group of individuals with an extremist point of view -- should be allowed to stalk, harass and terrorize individuals and their family members simply because they work for a company that commercially supports medical research."

Many of the charges are connected to Internet sites that prosecutors say the seven used to name potential targets. It was unclear if the seven ever launched an attack, in person or by way of the Internet.

B3

Public Meetings
More News Sources
Asbury Park Press
Courier Post
The Daily Journal
Daily Record
Home News Tribune
Ocean County Observer
Times Beacon
Other Gannett Sites
USA Today

eHarmony

careerbuilder

Protesters outside the Clarkson S. Fisher Courthouse argued that free speech means freedom to exchange ideas over the Internet. The demonstration was peaceful.

U.S. District Judge Mary Cooper began the day with jury selection, said Andrea Lindsay, a spokeswoman for the seven. She said Cooper had told the courtroom, which was closed after the session began, to expect the case to run into August.

The defendants call themselves the "SHAC7," for the group Stop Huntingdon Animal Cruelty.

They are the first in New Jersey to face the expanded federal Animal Enterprise Protection Act, a law adopted after the Sept. 11, 2001, terrorist attack that equates their charges with domestic terrorism.

Charged are Kevin Kjonaas, 27, identified as president of SHAC; Lauren Gazzola, 26, SHAC campaign coordinator; Jacob Conroy, 29; Joshua Harper, 30; Darius Fullmer, 28; John McGee, 26; and Andrew Stepanian, 26.

All were arrested last May. Kjonaas, Gazzola and Conroy are former New Jersey residents who were living in California when they were arrested. McGee is from Edison, and Fullmer is from Hamilton. Harper is from Seattle, and Stepanian is from Huntington, N.Y.

Their lone conspiracy count carries a maximum penalty of three years in prison and a $250,000 fine. There are three counts of interstate stalking and one count of conspiracy to commit interstate stalking, each carrying a maximum penalty of five years in prison and a $250,000 fine.

Andrea Lindsay, spokeswoman for the seven, said, "The federal government is really cheapening the word 'terrorism.'" She added that trying the case in New Jersey worried her because, "New Jersey is the medicine cabinet of America. ... They put information on Web sites and spoke at conferences, and somehow that amounts to terrorism."

from the Courier News website www.c-n.com

Go Back

Read more of today's Local News
Click Here

Advertisement

Copyright © 1997-2005 Courier News.
Use of this site signifies your agreement to the Terms of Service.
Site design by Courier News / Customer Service Center.

Please do not link to printable views of stories. The full story can be accessed using the link below. Thank you.
http://kyw.com/Local%20News/local_story_152200639.html

CBS

CBS 3 | kyw.com

# Jury Selection Begins In Animal Activist Trial

Jun 1, 2005 8:00 pm US/Eastern

Jury selection began today in the case of seven animal welfare activists charged under domestic terrorism laws.

Prosecutors say the seven used a Web site to incite vandalism and harassment of employees of Huntingdon Life Sciences and associated companies. Huntingdon has a research lab in East Millstone that does animal testing.

The defendants put the names and addresses of Huntingdon employees' names on a Web site with updates after an employee was targeted. They are members of an organization called "Stop Huntingdon Animal Cruelty."

Federal officials have described animal welfare groups like the Huntingdon organization one of the biggest domestic terrorism threats. But the organization's supporters say the government is attacking their freedom of free speech.

© 2005 The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.

B5

Subscriber Services
Philadelphia Daily News
Subscriber Services

THE REGION'S HOME PAGE

Current: 63°
75° / 64°
Complete Forecast

Do You Have
a Legal Question?
GO

Search Recent News Archives Web for Go
Back to Home >
Welcome Guest
Sign Up | Sign in | Member Benefits
Wednesday, Jun 01, 2005

Philly.com
Today's Inquirer
Today's Daily News

- Jobs
- Cars
- Real Estate
- Apartments
- Local Shopping
  - Find Sales & Deals
  - Shop Local Stores
- All Classifieds
- Personals

News
- Local
- Nation
- World
- Obituaries
- Weather
- Traffic
- Photos/Wallpaper
- Politics
- Weird News
- Lottery
- Latest updates
- Columnists

B6

# News

Posted on Wed, Jun. 01, 2005

email this print this reprint or license this

## Protests mark beginning of animal rights group trial

DAVID PORTER
Associated Press

MARYLAND

**TRENTON, N.J.** - Chanting slogans and carrying signs proclaiming "Free Speech Is Not Terrorism" and "Puppy Killers," about 70 animal welfare protesters demonstrated outside U.S. District Court Wednesday as jury selection began in the trial of seven activists charged under domestic terrorism laws.

Inside, Judge Mary Cooper told prospective jurors to expect the trial to last into August. Opening statements are expected to begin Monday or Tuesday.

The seven defendants - Kevin Kjonaas, 27; Lauren Gazzola, 26; Jacob Conroy, 29; Joshua Harper, 30; Darius Fullmer, 28; John McGee, 26, and Andrew Stepanian, 26 - are members of Stop Huntingdon Animal Cruelty, a group that has targeted Huntingdon Life Sciences, a Britain-based company with a research laboratory in East

Sports
Entertainment
Business
PhillyWomen
Home & Design
Health
Travel
Education

ONLINE EXTRAS
Archives
Maps & directions
Newsletters
Traffic reports
Weather
Yellow Pages
Discussion boards
Freebies
Special sections
Newspaper ads online
Reader reviews

SITE SERVICES
Help/Contact us
Buy photos
Online store
Advertise
Subscribe/Services
RSS

PARTNERS
- Tribe.net
- NBC10.com
- Bucks Midweek
- Montco Midweek
- Northeast Times

B7

Millstone that uses animals to test the safety of drugs and chemicals.

They were arrested in May 2004. All but Harper, of Seattle, and Stepanian, of Huntington, N.Y., are current or former New Jersey residents. The group lists a post office box in Philadelphia on its Web site but currently operates out of the San Francisco area, according to Andrea Lindsay, a spokeswoman for the group. Lindsay did not provide a specific office location.

The defendants face conspiracy and interstate stalking counts that carry maximum penalties of between three and five years, plus fines up to $250,000. They are the first people to be charged in New Jersey under the federal Animal Enterprise Protection Act, a 1992 law that was expanded in 2002 and equates their alleged activities with domestic terrorism.

The indictment alleges the group incited others to commit crimes of vandalism and harassment against employees of Huntingdon and companies that did business with Huntingdon by putting employees' names, addresses and other personal information on a Web site. Later, the group would post reports of the incidents on the site.

Lindsay said Wednesday the group does not support activities that harm people.

"SHAC has never told people to go out and intimidate people," she said. "We advocate putting pressure on these companies and employees."

To supporters of the defendants, the trial is less about animal welfare than it is about First Amendment rights.

"It's a definitely a free speech issue. When is the line blurred?" said Andy Roth, a documentary filmmaker from New York who has followed the case since last year. "I like animals - I have two dogs that were rescued - but this is not an animal rights film. It's a human rights issue, and about what precedent this could set for other groups, like PETA or Greenpeace."

SHAC was one of several animal welfare and environmental groups collectively characterized this month as the nation's top domestic terrorism threat by John Lewis, FBI deputy assistant director for counterterrorism.

In testimony before the Senate Environment and Public Works Committee, Lewis said groups like SHAC, the Animal Liberation Front and the Earth Liberation Front are "way out in front" of groups like right-wing extremists, the Ku Klux Klan and anti-abortion groups in terms of the amount of damage and the number of crimes they commit.

SUBSCRIBE TODAY
The Philadelphia Inquirer
Enjoy the convenience of home delivery.

email this | print this | reprint or license this



# Protests mark beginning of animal rights group trial

By DAVID PORTER
Associated Press Writer

June 1, 2005, 5:58 PM EDT

CATERERS SEARCH

TRENTON, N.J. -- Chanting slogans and carrying signs proclaiming "Free Speech Is Not Terrorism" and "Puppy Killers," about 70 animal welfare protesters demonstrated outside U.S. District Court Wednesday as jury selection began in the trial of seven activists charged under domestic terrorism laws.

Inside, Judge Mary Cooper told prospective jurors to expect the trial to last into August. Opening statements are expected to begin Monday or Tuesday.

The seven defendants _ Kevin Kjonaas, 27; Lauren Gazzola, 26; Jacob Conroy, 29; Joshua Harper, 30; Darius Fullmer, 28; John McGee, 26, and Andrew Stepanian, 26 _ are members of Stop Huntingdon Animal Cruelty, a group that has targeted Huntingdon Life Sciences, a Britain-based company with a research laboratory in East Millstone that uses animals to test the safety of drugs and chemicals.

They were arrested in May 2004. All but Harper, of Seattle, and Stepanian, of Huntington, N.Y., are current or former New Jersey residents. The group lists a post office box in Philadelphia on its Web site but currently operates out of the San Francisco area, according to Andrea Lindsay, a spokeswoman for the group. Lindsay did not provide a specific office location.

The defendants face conspiracy and interstate stalking counts that carry maximum penalties of between three and five years, plus fines up to $250,000. They are the first people to be charged in New Jersey under the federal Animal Enterprise Protection Act, a 1992 law that was expanded in 2002 and equates their alleged activities with domestic terrorism.

The indictment alleges the group incited others to commit crimes of vandalism and harassment against employees of Huntingdon and companies that did business with Huntingdon by putting employees' names, addresses and other personal information on a Web site. Later, the group would post reports of the incidents on the site.

Lindsay said Wednesday the group does not support activities that harm people.

"SHAC has never told people to go out and intimidate people," she said. "We advocate putting pressure on these companies and employees."

To supporters of the defendants, the trial is less about animal welfare than it is about First Amendment rights.

B8

"It's a definitely a free speech issue. When is the line blurred?" said Andy Roth, a documentary filmmaker from New York who has followed the case since last year. "I like animals _ I have two dogs that were rescued _ but this is not an animal rights film. It's a human rights issue, and about what precedent this could set for other groups, like PETA or Greenpeace."

SHAC was one of several animal welfare and environmental groups collectively characterized this month as the nation's top domestic terrorism threat by John Lewis, FBI deputy assistant director for counterterrorism.

In testimony before the Senate Environment and Public Works Committee, Lewis said groups like SHAC, the Animal Liberation Front and the Earth Liberation Front are "way out in front" of groups like right-wing extremists, the Ku Klux Klan and anti-abortion groups in terms of the amount of damage and the number of crimes they commit.

Copyright 2005 Newsday Inc.


B9

   

Page 1 of 3

Clear 59°
5 Day Forecast

NEWS SEARCH
Advanced search

News | Classifieds | Yellow Pages | Marketplace | My Zwire!

Thursday 2 June, 2005 | Home >News >NEPA News >AP State News

Classifeds Center

Place an ad NEW
Search ads
nepajobfinder.com
Find a job
Post a resume
Car Ads
Local dealers

NEPA News
AP State News
Scranton
Citizens' Voice
Daily Review
Suburban Weekly
Tri-boro Banner
Valley Advantage
Pottsville
Shamokin
Tunkhannock
NEPA Business
Electric City
NEPA Resources
Weather
Lottery Results
PA Elections
AP Commentary
Sports
Business
Arts & Living
Classifieds
Yellow Pages
About NEPANews

nepapersonals
browse our ads

AP State News

# Protests mark beginning of animal rights group trial

By DAVID PORTER, Associated Press Writer, The Associated Press

June 01, 2005

Email to a friend

**Chanting slogans and carrying signs proclaiming "Free Speech Is Not Terrorism" and "Puppy Killers," about 70 animal welfare protesters demonstrated outside U.S. District Court Wednesday as jury selection began in the trial of seven activists charged under domestic terrorism laws.**

Inside, Judge Mary Cooper told prospective jurors to expect the trial to last into August. Opening statements are expected to begin Monday or Tuesday.

Advertisement
Boscov's Outlet Center
Online Warehouse Sale
Outstanding Savings and Values
Limited Quantities • First Come - First Serve

The seven defendants _ Kevin Kjonaas, 27; Lauren Gazzola, 26; Jacob Conroy, 29; Joshua Harper, 30; Darius Fullmer, 28; John McGee, 26, and Andrew Stepanian, 26 _ are members of Stop Huntingdon Animal Cruelty, a group that has targeted Huntingdon Life Sciences, a Britain-based company with a research laboratory in East Millstone that uses animals to test the safety of drugs and chemicals.

nepapersonals
searching for a soul mate?

They were arrested in May 2004. All but Harper, of Seattle, and Stepanian, of Huntington, N.Y., are current or former New Jersey residents. The group lists a post office box in Philadelphia on its Web site but currently operates out of the

B 10

http://www.zwire.com/site/news.cfm?newsid=14627339&BRD=2212&PAG=461&dept_id=4 6/2/05

San Francisco area, according to Andrea Lindsay, a spokeswoman for the group. Lindsay did not provide a specific office location.

The defendants face conspiracy and interstate stalking counts that carry maximum penalties of between three and five years, plus fines up to $250,000. They are the first people to be charged in New Jersey under the federal Animal Enterprise Protection Act, a 1992 law that was expanded in 2002 and equates their alleged activities with domestic terrorism.

The indictment alleges the group incited others to commit crimes of vandalism and harassment against employees of Huntingdon and companies that did business with Huntingdon by putting employees' names, addresses and other personal information on a Web site. Later, the group would post reports of the incidents on the site.

Lindsay said Wednesday the group does not support activities that harm people.

"SHAC has never told people to go out and intimidate people," she said. "We advocate putting pressure on these companies and employees."

To supporters of the defendants, the trial is less about animal welfare than it is about First Amendment rights.

"It's a definitely a free speech issue. When is the line blurred?" said Andy Roth, a documentary filmmaker from New York who has followed the case since last year. "I like animals _ I have two dogs that were rescued _ but this is not an animal rights film. It's a human rights issue, and about what precedent this could set for other groups, like PETA or Greenpeace."

SHAC was one of several animal welfare and environmental groups collectively characterized this month as the nation's top domestic terrorism threat by John Lewis, FBI deputy assistant director for counterterrorism.

In testimony before the Senate Environment and Public Works Committee, Lewis said groups like SHAC, the Animal Liberation Front and the Earth Liberation Front are "way out in front" of groups like right-wing extremists, the Ku Klux Klan and anti-abortion groups in terms of the amount of damage and the number of crimes they commit.

Ads by Google

**Greyhounds Are Wonderful**
Look at our videos and learn about Greyhound Adoption. Greyhounds Rock
www.4greyhounds.org

**Pet Adoption Service**
Adopt a homeless pet on pethop.com Articles, Contest, Forum & more
www.pethop.com

**Auctions and More**
Brand new and used. No bidding. Find anything on eBay!
www.eBay.com

**Exotic Animal Rescue**
Help rescue more abused big cats, primates and more. Please donate
www.arkrain.org

Email to a friend ↑ Top

B 11

Read our Privacy Policy





Subscriber Services

CENTREDAILY.com

STATE COLLEGE'S HOME PAGE

Current: 61°
69° / 53°
Complete Forecast

Student Loan Fact #505

Student loan interest rates are reset each year on July 1. This year the rates are expected to jump more than 56% - from 2.875 percent currently, to 4.5 percent. Don't get stuck paying high interest student loans. Lock in your low rate today! For rates as low as 1.625% click here...

financialaid

Search (•) Recent News ( ) Archives ( ) Web for [ ] Go

Welcome Guest
Sign Up | Sign In | Member Benefits
Thursday, Jun 02, 2005

- Jobs
- Cars
- Real Estate
- Apartments
- Local Shopping
  - Find Sales & Deals
  - Shop Local Stores
- All Classifieds
- Personals

News
- Local
- Penn State
- Bellefonte
- Crime & Courts
- Obituaries
- Breaking News
- Nation
- Photos
- Politics
- Schools
- Bald Eagle Area
- State College
- Weird News
- World

Sports
Entertainment
Business
Living
Opinion

ONLINE EXTRAS

Back to Home > News >

# Politics

email this | print this | reprint or license this

Posted on Wed, Jun. 01, 2005

## Protests mark beginning of animal rights group trial

DAVID PORTER
Associated Press

INSWEB

Are you paying too much for auto insurance?

ZIP code where you park at night. [ ]

Do you currently have auto insurance? ( ) Yes ( ) No

Have you had a U.S driver's license for more than 3 years? ( ) Yes ( ) No

Has any driver in your household had 2 or more accidents or moving violations in the last 3 years? ( ) Yes ( ) No

GET QUOTES NOW

**TRENTON, N.J.** - Chanting slogans and carrying signs proclaiming "Free Speech Is Not Terrorism" and "Puppy Killers," about 70 animal welfare protesters demonstrated outside U.S. District Court Wednesday as jury selection began in the trial of seven activists charged under domestic terrorism laws.

Inside, Judge Mary Cooper told prospective jurors to expect the trial to last into August. Opening statements are expected to begin Monday or Tuesday.

The seven defendants - Kevin Kjonaas, 27; Lauren Gazzola, 26; Jacob Conroy, 29; Joshua Harper, 30; Darius Fullmer, 28; John McGee, 26, and Andrew Stepanian, 26 - are members of Stop Huntingdon Animal Cruelty, a group that has targeted Huntingdon Life Sciences, a Britain-based company with a research laboratory in East

B 12

Archives
Discussion Boards
Maps & Directions
Yellow Pages
Newspaper Ads
Photo Reprints
Calendar Submissions
RSS Headlines

SITE SERVICES
Contact Us
Advertise

AP HEADLINES

- Report: Russia against space militarization
- Bush to nominate Rep. Cox for SEC chairman
- Western drought jeopardizing wildlife
- Car bomb kills prominent Iraqi official
- U.S. student population at highest level

B 13

Millstone that uses animals to test the safety of drugs and chemicals.

They were arrested in May 2004. All but Harper, of Seattle, and Stepanian, of Huntington, N.Y., are current or former New Jersey residents. The group lists a post office box in Philadelphia on its Web site but currently operates out of the San Francisco area, according to Andrea Lindsay, a spokeswoman for the group. Lindsay did not provide a specific office location.

The defendants face conspiracy and interstate stalking counts that carry maximum penalties of between three and five years, plus fines up to $250,000. They are the first people to be charged in New Jersey under the federal Animal Enterprise Protection Act, a 1992 law that was expanded in 2002 and equates their alleged activities with domestic terrorism.

The indictment alleges the group incited others to commit crimes of vandalism and harassment against employees of Huntingdon and companies that did business with Huntingdon by putting employees' names, addresses and other personal information on a Web site. Later, the group would post reports of the incidents on the site.

Lindsay said Wednesday the group does not support activities that harm people.

"SHAC has never told people to go out and intimidate people," she said. "We advocate putting pressure on these companies and employees."

To supporters of the defendants, the trial is less about animal welfare than it is about First Amendment rights.

"It's a definitely a free speech issue. When is the line blurred?" said Andy Roth, a documentary filmmaker from New York who has followed the case since last year. "I like animals - I have two dogs that were rescued - but this is not an animal rights film. It's a human rights issue, and about what precedent this could set for other groups, like PETA or Greenpeace."

SHAC was one of several animal welfare and environmental groups collectively characterized this month as the nation's top domestic terrorism threat by John Lewis, FBI deputy assistant director for counterterrorism.

In testimony before the Senate Environment and Public Works Committee, Lewis said groups like SHAC, the Animal Liberation Front and the Earth Liberation Front are "way out in front" of groups like right-wing extremists, the Ku Klux Klan and anti-abortion groups in terms of the amount of damage and the number of crimes they commit.

SUBSCRIBE TODAY
Subscriber Services

TIMESLEADER.com
NORTHEASTERN PENNSYLVANIA'S HOME PAGE

Current: 55°
71° / 52°
Complete Forecast

Click here for sales, deals and specials in stores near you!

FEELING LEFT OUT?
SEE THE COMMERCIALS EVERYONE IS TALKING ABOUT
Click here to view the video

Search Recent News Archives Web for Go

Welcome Guest
Sign Up | Sign in | Member Benefits
Thursday, Jun 02, 2005

Weekender
Jobs
Cars
Real Estate
Apartments
Local Shopping
• Find Sales & Deals
• Shop Local Stores
All Classifieds
Personals

News
• Local
• Obituaries
Sports
Entertainment
Business
Living
• Health
• Occasions
Opinion
• Columnists

ONLINE EXTRAS
Archives
Discussion Boards
Maps & Directions
Yellow Pages
Property Assessments

Back to Home >

email this print this reprint or license this



Posted on Wed, Jun. 01, 2005

# Protests mark beginning of animal rights group trial

DAVID PORTER
Associated Press

INSWEB
Are you paying too much for auto insurance?

ZIP code where you park at night.
Do you currently have auto insurance? Yes No
Have you had a U.S driver's license for more than 3 years? Yes No
Has any driver in your household had 2 or more accidents or moving violations in the last 3 years? Yes No
GET QUOTES NOW

**TRENTON, N.J.** - Chanting slogans and carrying signs proclaiming "Free Speech Is Not Terrorism" and "Puppy Killers," about 70 animal welfare protesters demonstrated outside U.S. District Court Wednesday as jury selection began in the trial of seven activists charged under domestic terrorism laws.

Inside, Judge Mary Cooper told prospective jurors to expect the trial to last into August. Opening statements are expected to begin Monday or Tuesday.

The seven defendants - Kevin Kjonaas, 27; Lauren Gazzola, 26; Jacob Conroy, 29; Joshua Harper, 30; Darius Fullmer, 28; John McGee, 26, and Andrew Stepanian, 26 - are members of Stop Huntingdon Animal Cruelty, a group that has targeted Huntingdon Life Sciences, a Britain-based company with a research laboratory in East Millstone that uses animals to test the safety of drugs and chemicals.