```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 04-373 (MLC) |
| v. : | |
| : | |
| STOP HUNTINGDON ANIMAL : | **ORDER ON MOTIONS TO DISMISS** |
| CRUELTY USA, INC., : | |
| KEVIN KJONAAS, a/k/a "Kevin : | |
| Jonas," a/k/a "Steve Shore," : | |
| a/k/a "Jim Fareer," : | |
| LAUREN GAZZOLA, a/k/a "Angela : | |
| Jackson," a/k/a "Danielle : | |
| Matthews," : | |
| JACOB CONROY, : | |
| JOSHUA HARPER, : | |
| ANDREW STEPANIAN, : | |
| DARIUS FULLMER, and : | |
| JOHN McGEE : | |
| : | |

This matter having been opened before the Court on pretrial motions of the defendants to dismiss the Superseding Indictment, as set forth below; and the Court having reviewed the memoranda of law and submissions of defense counsel, as well as the memoranda of law submitted by the Government; and all defendants having joined in said motions; and the Court having conducted oral argument on said motions on March 4, 2005; with the Government represented by Assistant United States Attorneys Charles B. McKenna and Ricardo Solano, who appeared for Christopher J. Christie, the United States Attorney for the District of New Jersey; with the following defense counsel having appeared: Andrew F. Erba for defendant SHAC USA; Isabel McGinty for defendant Kevin Kjonaas; H. Louis Sirkin for defendant Lauren

Gazzola; Hal K. Haveson for defendant Jacob Conroy; James R. Murphy for defendant Joshua Harper; Jerome A. Ballarotto for defendant Andrew Stepananian; Robert A. Obler for defendant Darius Fullmer; and Michael J. O'Donnell of the office of Joshua Markowitz for defendant John McGee [since dismissed by Order filed on June 1, 2005]; and the Court having considered the issues and the arguments of counsel; and for the reasons stated by the Court on the record on May 31, 2005,

**IT IS** on this    29th    day of June, 2005, **ORDERED** that the motions of defendants to dismiss the Superseding Indictment (docket entry nos. 27, 31, 67, 68, 69, 70 and 76) are **DENIED**.

                                                s/ Mary L. Cooper  
                                                **MARY L. COOPER**  
                                                United States District Judge