UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**                                                **February 6, 2006**
**OFFICE**                                               **DATE OF PROCEEDINGS**

**JUDGE ANNE E. THOMPSON**
**COURT REPORTER:** Stephen Daner
**DEPUTY CLERK:** Anna M. Connelly

**TITLE OF CASE:**

                                                      Criminal No. 04-373(AET)

UNITED STATES OF AMERICA V.
STOP HUNTINGDON ANIMAL
CRUELTY USA, INC., ET AL.

**APPEARANCES:**

Charles McKenna, AUSA, for Government
Ricardo Solano, Jr., AUSA, for Government
Andrew Erba, Esquire, for Defendant, Stop Huntingdon Animal Cruelty USA, Inc.
and Pamelyn Ferdin, Representative of SHAC
Eric Schneider, Esquire, for Defendant, Kevin Kjonaas
H. Louis Sirkin, Esquire, for Defendant, Lauren Gazzola
Hal K. Haveson, Esquire, for Defendant, Jacob Conroy
James R. Murphy, Esquire, for Defendant, Joshua Harper
Bruce L. Throckmorton, Esquire, for Defendant, Andrew Stepanian
Robert A. Obler, Esquire, for Defendant, Darius Fullmer

**NATURE OF PROCEEDINGS: TRIAL W/JURY COMMENCED BEFORE THE HON. ANNE E. THOMPSON, U.S.D.J.**

**Panel present.**
**Ordered Jury be selected.**
**CHALLENGES: (16)**
**Lunch Break: 1:30 p.m. - 2:00 p.m.**
**2:15 p.m. - Jury Selection continued.**
**Jury Selection not completed.**
**Ordered Panel excused and Jury Selection continued until 2/7/06 at 9:00 a.m.**
**Ordered Court adjourned until 2/7/06 at 8:30 a.m.**

Commenced: 9:55 a.m. - Adjourned: 1:30 p.m.
Commenced: 2:15 p.m.- Adjourned: 4:40 p.m..

                                                           **s/Anna M. Connelly**
                                                           **Deputy Clerk**