3:05 PM    2-28-06                     04-303(AET)    #1

Judge Thompson —

Our superseding indictment has
"M. Corp"    "S. Inc."
"G."    "W. Corp"    "BNY"

eg. what does "G." mean on Pg. 4

Thank you
Juror #1

RECEIVED

FEB 2 8 2006
AT 8:30_____ M
WILLIAM T. WALSH
CLERK