5:00PM  04-393 (ACT)  2-28-06

#2

Your Honor,

We would like to go home on a recess tomorrow morning.

Thank You

Juror 1

RECEIVED

FEB 2 8 2006
AT 5:00 ____ M
WILLIAM T. WALSH
CLERK