#5  04-373(AtT)
3-1-06 @ 4:10 p.m.

Judge Thompson,

We are getting ready to close for the day. We also need time for them to get our cell phones.

Thank you
Juror #1 :)