UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          Cr. No. 04-373 (AET)

v.                                :          **VERDICT SHEET**

STOP HUNTINGDON ANIMAL
CRUELTY USA, INC.,                :
KEVIN KJONAAS, a/k/a
"Kevin Jonas," a/k/a "Steve
Shore," a/k/a "Jim Fareer,"       :
LAUREN GAZZOLA,
a/k/a "Angela Jackson," a/k/a     :
"Danielle,"
JACOB CONROY,                     :
JOSHUA HARPER,
ANDREW STEPANIAN, and             :
DARIUS FULLMER

                                  :

        Defendants                :

-----------------------------------------

RECEIVED

MAR 2 2006

AT 8:__ ____M
WILLIAM T. WALSH
CLERK

**COUNT ONE**

SHAC USA, INC.

    Guilty ✓_____    Not Guilty _____

KEVIN KJONAAS

    Guilty ✓_____    Not Guilty _____

LAUREN GAZZOLA

Guilty ✓ _____    Not Guilty _____

JACOB CONROY

Guilty ✓ _____    Not Guilty _____

JOSHUA HARPER

Guilty ✓ _____    Not Guilty _____

ANDREW STEPANIAN

Guilty ✓ _____    Not Guilty _____

DARIUS FULLMER

Guilty ✓ _____    Not Guilty _____

## COUNT TWO

SHAC USA, INC.

Guilty ✓ _____    Not Guilty _____

KEVIN KJONAAS

Guilty ✓ _____    Not Guilty _____

LAUREN GAZZOLA

Guilty ✓ _____    Not Guilty _____

JACOB CONROY

Guilty ✓_____     Not Guilty _____

### COUNT THREE

SHAC USA, INC.

Guilty ✓_____     Not Guilty _____

KEVIN KJONAAS

Guilty ✓_____     Not Guilty _____

LAUREN GAZZOLA

Guilty ✓_____     Not Guilty _____

JACOB CONROY

Guilty ✓_____     Not Guilty _____

### COUNT FOUR

SHAC USA, INC.

Guilty ✓_____     Not Guilty _____

KEVIN KJONAAS

Guilty __✓__        Not Guilty _____

LAUREN GAZZOLA

Guilty __✓__        Not Guilty _____

JACOB CONROY

Guilty __✓__        Not Guilty _____

## COUNT FIVE

SHAC USA, INC.

Guilty __✓__        Not Guilty _____

KEVIN KJONAAS

Guilty __✓__        Not Guilty _____

LAUREN GAZZOLA

Guilty __✓__        Not Guilty _____

JACOB CONROY

Guilty __✓__        Not Guilty _____

## COUNT SIX

SHAC USA, INC.

    Guilty ✓      Not Guilty _____

KEVIN KJONAAS

    Guilty ✓      Not Guilty _____

LAUREN GAZZOLA

    Guilty ✓      Not Guilty _____

JACOB CONROY

    Guilty ✓      Not Guilty _____

JOSHUA HARPER

    Guilty ✓      Not Guilty _____