RECEIVED
MAR 0 2 2006
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 04-373(AET) |
| v. | : | |
| KEVIN KJONAAS, LAUREN GAZZOLA, JACOB CONROY, JOSHUA HARPER, ANDREW STEPANIAN, | : | ORDER |
| Defendants. | : | |

It is on this 2nd day of March 2006,

ORDERED, the Monmouth County Detention Center shall provide a vegan diet regimen for listed defendants.

*[signature]*
Hon. Anne E. Thompson
United States District Judge