# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. ANNE E. THOMPSON |
| vs. | Criminal No. 04-373 (AET) |
| JACOB CONROY | CONSENT ORDER |

This matter having come before the Court on the application of defendant Jacob Conroy, through his attorney Hal K. Haveson, Esquire, for an Order releasing the defendant on bail pending sentence, and Assistant United States Attorney Charles McKenna having consented hereto, and for good cause shown;

IT IS, on this 3rd day of March, 2006,

ORDERED that Jacob Conroy shall be and hereby admitted to bail pending sentence upon the following conditions:

1. An appearance bond in the amount of $200,000 shall be posted by Barbara Conroy, said bond to be secured by the equity in real property situated at 8 Middle Lane, Simsbury, CT 06070, and a lien must be filed in the county in which the property is located on or before the end of business March 13, 2006;

2. The Local Rule requiring equity in the real property to be at least twice the amount of the bond shall be waived.

3. The defendant shall be released to the custody of his mother, Barbara Conroy, who shall sign a third party custodial agreement prior to his release which agreement shall provide that the custodian shall be responsible for the defendant and immediately report any violations of the terms and conditions of his

release to the Court.

4. Upon being released to the custody of his mother, the defendant shall be permitted to drive his car from his current temporary residence located in Plainsboro, New Jersey to his mother's home in tandem with his mother who will also be driving from Plainsboro, New Jersey to her home in Simsbury, Connecticut.

5. The defendant shall be on house arrest and electronic monitoring which shall be supervised by Pretrial Services and while released on bail pending sentence shall be confined to his mother's residence at 8 Middle Lane, Simsbury, CT 06070.

6. The defendant shall be able to leave the aforementioned residence with the consent of Pretrial Services for medical reasons, to attend court, and to meet with counsel.

7. The defendant shall not be permitted to access the internet while on release pending sentence.

8. All standard conditions of release and previously imposed conditions of release shall also be in effect.

HON. ANNE E. THOMPSON, U.S.D.J.

Consented as to form and substance:

HAL K. HAVESON, ESQUIRE

CHARLES McKENNA, A.U.S.A.