# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | HON. ANNE E. THOMPSON |
| vs. : | Criminal No. 04-373 (AET) |
| ANDREW STEPANIAN : | ~~CONSENT~~ ORDER |

This matter having come before the Court on the application of defendant Andrew Stepanian, through his attorney Bruce Throckmorton, Esquire, for an Order releasing the defendant on bail pending sentence, and Assistant United States Attorney Charles McKenna having consented hereto, and for good cause shown;

IT IS, on this 3rd day of March, 2006,

ORDERED that Andrew Stepanian shall be and hereby is permitted bail pending sentence upon the following conditions:

1. An appearance bond in the amount of $200,000 shall be posted by Mr. and Mrs. Jarrare Stepanian, said bond to be secured by real property situated the 10 Lloyd Point Drive, Huntington, New York; *Defendant must file lien on property no later than March 13, 2006 in County where*

2. The Local Rule requiring equity in the real property to be at least twice the *property is situated* amount of the bond shall be waived.

*AET*

3. The defendant shall be released to the custody of his mother, Cecilia Stepanian, who shall sign a third party custodial agreement prior to his release which agreement shall provide that the custodian shall be responsible for the defendant and immediately report any violations of the terms and conditions of his release to the Court.

4. Upon being released to the custody of his mother, the defendant shall be permitted to drive his car directly from the Courthouse to his parent's home at 10 Lloyd Point Drive, Huntington, New York.

5. The defendant shall be on house arrest with electronic monitoring which shall be supervised by Pre-Trial Services and while released on bail pending sentence shall be confined to his parent's residence located at 10 Lloyd Point Drive, Huntington, New York.

6. The defendant shall be able to leave the aforementioned residence with the consent of Pretrial Services for medical reasons, to attend court, and to meet with counsel.

7. The defendant shall not be permitted to access the internet while on release pending sentence.

8. All standard conditions of release and preciously imposed conditions of release shall also be in effect.

*[signature]*
HON. ANNE E. THOMPSON, U.S.D.J.
UNITED STATES DISTRICT COURT