UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

RECEIVED
SEP 12
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**TRENTON**
**OFFICE**

<u>September 12, 2006</u>
**DATE OF PROCEEDINGS**

**JUDGE ANNE E. THOMPSON**
**COURT REPORTER: J. Herndon, ECR**
**DEPUTY CLERK: Anna M. Connelly**

**TITLE OF CASE:**                                      Criminal No. 04-373(AET)

UNITED STATES OF AMERICA V.
STOP HUNTINGDON ANIMAL
CRUELTY USA, INC., ET AL.

**APPEARANCES:**

Charles McKenna, AUSA, for Government
Ricardo Solano, Jr., AUSA, for Government
Andrew Erba, Esquire, for Defendant, Stop Huntingdon Animal Cruelty USA, Inc.
Robert Stahl, Esquire, for Defendant, Kevin Kjonaas
H. Louis Sirkin, Esquire, for Defendant, Lauren Gazzola
Hal K. Haveson, Esquire, for Defendant, Jacob Conroy
Peter Goldberger, Esquire, for Defendant, Joshua Harper
Robert A. Obler, Esquire, for Defendant, Darius Fullmer
Damary Bonilla, Probation
John Skorupa, Probation
John Mueller, Pretrial Services
Defendants present.

**NATURE OF PROCEEDINGS:** SENTENCING ON SIX COUNT SUPERSEDING INDICTMENT

Application by Defts. for Downward Departure. - Granted.

CR. NO. 04-373-01 - STOP HUNTINGDON ANIMAL CRUELTY USA, INC.
PROB.: 5 Years w/special conditions on each of Counts One, Two, Three, Four, Five and Six.
FINE: Waived.
RESTIT.: $1,000,001., jointly and severally with all Defendants.
SPEC. ASSMT.: $2,400.
Defendant advised of right to appeal.

CR. NO. 04-373-02 - KEVIN KJONAAS
IMPRIS.: Total 72 Months - 36 Months on Count One; 60 Months on Counts Two, Three, Four and Five to run concurrent on all Counts and 12 Months on Count Six to run consecutive to Counts One, Two, Three, Four and Five.
SUPR. REL.: 3 Years w/special conditions on each of Counts One, Two, Three, Four, Five and Six, all to run concurrently.
FINE: Waived.
RESTIT.: $1,000,001., jointly and severally with all Defendants.
SPEC. ASSMT.: $600.
Defendant advised of his right to appeal.
Application by Deft. to voluntarily surrender. - Granted.
Ordered Deft. to voluntarily surrender to designated institution 30 days after sentencing.

CR. NO. 04-373-03 - LAUREN GAZZOLA
IMPRIS.: Total 52 Months - 36 Months on Count One; 52 Months on Counts Two, Three, Four and Five to run concurrent on all Counts and 12 Months on Count Six to run consecutive to Counts One, Two, Three, Four and Five.
SUPR. REL.: 3 Years w/special conditions on each of Counts One, Two, Three, Four, Five and Six, all to run concurrently.
FINE: Waived.
RESTIT.: $1,000,001., jointly and severally with all Defendants.
SPEC. ASSMT.: $600.
Defendant advised of her right to appeal.
Application by Deft. to voluntarily surrender. - Granted.
Ordered Deft. to voluntarily surrender to designated institution 30 days after sentencing.

CR. NO. 04-373-04 - JACOB CONROY
IMPRIS.: Total 48 Months - 36 Months on Count One; 48 Months on Counts Two, Three, Four and Five to run concurrent on all Counts and 12 Months on Count Six to run consecutive to Counts One, Two, Three, Four and Five.
SUPR. REL.: 3 Years w/special conditions on each of Counts One, Two, Three, Four, Five and Six, all to run concurrently.
FINE: Waived.
RESTIT.: $1,000,001., jointly and severally with all Defendants.
SPEC. ASSMT.: $600.
Defendant advised of his right to appeal.
Application by Deft. to voluntarily surrender. - Granted.
Ordered Deft. to voluntarily surrender to designated institution 30 days after sentencing.

Ordered Sentence adjourned as to Joshua Harper until September 13, 2006 at 9:00 a.m.
Ordered Sentence adjourned as to Darius Fullmer until September 19, 2006 at 9:30 a.m.
Ordered Sentence adjourned as to Andrew Stepanian, until September 19, 2006 at 9:30 a.m.
Ordered Court adjourned.

Commenced: 10:45 a.m.
Adjourned: 1:20 p.m.

s/**Anna M. Connelly**
**Deputy Clerk**